■ THOMAS F. LECKEY, Respondent, v. JOSEPH P. McQUADE et al., Appellants, and MORRIS KLEIN, Respondent.— Motion by appellants for a stay of a writ of assistance, pending appeals from two orders, denied. Cross motions by defendant-respondent Klein and by plaintiff-respondent to dismiss appeals denied, on condition that appellants perfect the appeals and be ready to argue or submit them at the February Term, beginning January 30, 1961. The appeals are ordered on the calendar for said term. On the court's own motion, appellants may dispense with the printing. The appeal will be heard on the original papers and on appellants' typed brief. Six copies of appellants' brief must be filed and one copy of such brief served on or before January 19, 1961. This disposition is without prejudice to the renewal, on the argument of the appeals, of the motions to dismiss. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ MILLWORK CENTER, INC., Appellant, v. LASKER-GOLDMAN CORPORATION et al., Respondents.— Motion by respondent Lasker-Goldman Corporation to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 16, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) RAUL M. MORALES, Respondent, v. LEON N. RODELL et al., Partners Doing Business under the Name of LEON N. RODELL Co., Appellants. (B) THERESE PEARSON, Appellant, v. HERBERT PEARSON, Respondent. (C) LAWRENCE SCHINDO, Appellant, v. JOSEPH ANTINOZZI, Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellant[s] perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 16, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL BARNES, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. It appears from the motion papers that appellant either has in his possession a copy of the original papers to be used in the consideration of this appeal or has full knowledge of the contents of such papers. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES ADAM HALL, Appellant.— Motion by respondent to dismiss appeal granted, and appeal dismissed. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.